BENDETTO SCHEPS v. SCHUYLER C. VAN CLEEF ET AL.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

*Contra, John E. Toolan (Schuyler C. Van Cleef pro se).*

For the applicant, *Thomas W. Brown.*

PER CURIAM.

We conclude that the reasons and grounds urged under this rule are sufficient to warrant the allowance of the writ applied for.

The writ will therefore be allowed.